```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEDGRICK JACOB, III,

                                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                                Defendants.

**22-CV-7858 (JPC) (KHP)**

<u>**ORDER**</u>

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      On February 1, 2023, the parties appeared for an Initial Case Management Conference. After review of the pleadings and consultation with the parties, the following Scheduling Order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

      **Pleadings, Parties, and Motions.** The parties shall have until <u>**Wednesday, March 1, 2023**</u> to amend the pleadings and join parties. No further amendments or joinder of parties thereafter will be permitted absent good cause.

      **Discovery.** The deadline to complete all discovery is <u>**Tuesday, August 1, 2023.**</u>

      **Discovery Disputes.** The parties shall follow the Court's Individual Procedures with respect to any discovery disputes. *See* https://nysd.uscourts.gov/hon-katharine-h-parker.

      **Status Letter.** On **Monday, March 20, 2023,** Defendants shall file a joint status letter after consultation with the Plaintiff providing an update to the Court regarding discovery.

      **Settlement Conference.** A telephonic settlement conference is scheduled on **Wednesday, April 12, 2023 at 10:00 a.m.**

      It is ORDERED that the Warden or other official in charge of the Anna M. Kross Center (the "Facility") produce Plaintiff Sedgrick Jacob III, NYSID 12133033R, <u>**on April 12, 2023 no later than 10:00 a.m.**</u> to a suitable location in the Facility that is equipped with a telephone, for the

purpose of participating by telephone in the conference. If the scheduled time and date presents a hardship, the Warden or Warden's designee should promptly inform chambers by calling (212) 805-0234.

The Court is attempting to secure pro bono representation for Plaintiff at the settlement conference via the NYLAG clinic. The Court understands that someone from the NYLAG clinic will reach out to Plaintiff shortly to obtain his consent to the limited representation. Assuming Plaintiff is represented by counsel at the settlement conference, at the scheduled time, Plaintiff's counsel shall dial Chambers' direct line at **(212) 805-0234** with Plaintiff on the line. If Plaintiff will not be represented by counsel at the settlement conference, the Facility shall dial the Court's direct line at the scheduled time so Plaintiff can participate in the conference.

At the scheduled time, Defendants shall dial the Court's AT&T conference line at 866-434-5269, Access Code 4858267#. Chambers will email counsel a teleconference security code prior to the conference.

Defendants must send the person(s) with decision making authority to settle the matter to the conference. Defendants' counsel must send this Order to the Warden or other official in charge of the Facility immediately.

In light of Plaintiff's confinement, the parties are not required to submit a Settlement Conference Summary Report prior to the conference.

**The Clerk of Court is requested to mail a copy of this order to Plaintiff.**

Dated: February 2, 2023       SO ORDERED
New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge