USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/12/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEDGRICK JACOB, III,

                                                Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

                                                Defendants.

22-CV-7858 (JPC) (KHP)

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      A telephonic Case Management Conference in this matter is hereby scheduled for **Monday, July 24, 2023 at 2:00 p.m.**

      It is hereby **ORDERED** that the Warden or other official in charge of the George R. Vierno Center Correctional Facility produce plaintiff **Sedgrick Jacob, III., Booking #8952200071/NYSID #12133033R,** **on July 24, 2023, no later than 2:00 p.m.,** to a suitable location within the George R. Vierno Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel.  If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234.

      Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the George R. Vierno Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; and (3) telephone Judge Parker's teleconference line at **(866) 434-5269, Access code: 4858267**, with the plaintiff on the line, at the time and date of the conference.

      **The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

2

Dated: April 12, 2023
      New York, New York        **SO ORDERED**.

                                                            */s/ Katharine H. Parker*
                                             KATHARINE H. PARKER
                                             United States Magistrate Judge