```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEDGRICK JACOB, III,

                            Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                            Defendants.

**22-CV-7858 (JPC) (KHP)**

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      In light of the parties' representation that Plaintiff will be voluntarily dismissing this case, the Case Management Conference that was scheduled on July 24, 2023 at 2:00 p.m. is **adjourned sine die**, and all discovery deadlines are adjourned.

      Defendants are directed to mail a copy of this order to the Warden or other official in charge of the George R. Vierno Center and to inform the Warden that Plaintiff no longer needs to be produced to a suitable location for the purpose of participating in the July 24, 2023 conference.

      **The Clerk of Court is requested to mail a copy of this order to Plaintiff at the address listed on the docket, and to mail a separate copy to his limited counsel, Susanne Toes Keane at: Susanne Toes Keane, Of Counsel, NYLAG Clinic for Pro Se Litigants, 40 Foley Square, New York, NY 10007.**

Dated: May 24, 2023
        New York, New York

SO ORDERED

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge